GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
RONALD L. CHENG (Cal. Bar No. 138892)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8644
     Fax: (213) 894-8601
     email: ronald.cheng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-1208(A)-JFW |
| Plaintiff, | ORDER RE RESTITUTION AMOUNT |
| v. | |
| NICHOLAS LAKES, aka Dmitry Livshits, and VIACHESLAV BERKOVICH, | |
| Defendants. | |

   IT IS HEREBY ORDERED THAT:

   The Court's judgment and commitment order as to defendant Nicholas Lakes shall be amended to provide that defendant Lakes shall pay restitution of $1,458,862.65 as set forth in Exhibit A to the parties' stipulation lodged on September 8, 2009, and the judgment and commitment order as to defendant Viacheslav Berkovich shall be amended to provide that defendant Berkovich shall pay restitution of $1,299,418.42 as set forth in Exhibit B to the same stipulation.  The government shall provide address

1 | information for the entities listed in Exhibits A and B to the
2 | Probation Office no later than September 15, 2009. All other
3 | terms and conditions of the judgment and commitment orders shall
4 | remain the same.
5 |     IT IS SO ORDERED.
6 |
7 | Dated: September 9, 2009.
8 |                             HON. JOHN F. WALTER
                            United States District Judge
10 | cc: Fiscal, USPO